■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BLACK, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 3, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Markewich, Silverman and Bloom, JJ.

▆▆▆▆▆▆▆▆▆

## (December 23, 1980)

■ LOCAL 2021 OF DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., Respondents, v NEW YORK CITY OFF-TRACK BETTING CORPORATION et al., Appellants.— Appeal from order, Supreme Court, New York County, entered on December 5, 1979, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR LOPEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 27, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murhpy, P. J., Birns, Fein, Lupiano and Silverman, JJ.